IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3022 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL LYNN GOEBEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The change of plea hearing is continued to July 13, 2005 at 11:00 a.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated June 22, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge