IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   4:05CR3022 |
| | ) |
| v. | ) |
| | ) |
| MICHAEL LYNN GOEBEL, | )    ORDER |
| | ) |
| Defendant. | ) |

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The change of plea hearing is continued to July 25, 2005 at 4:30 p.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated July 11, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge