IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL LYNN GOEBEL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion for release of bond (filing 38) is granted.

(2)   The Clerk of Court shall refund and return the cash bond deposit to Irene Goebel, c/o Thomas R. Lamb, attorney for the defendant, 1630 K Street, Lincoln, Nebraska 68508.

January 12, 2006.                       BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge