IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL LYNN GOEBEL, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that:

(1)     The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 41) has been rescheduled before the undersigned United States district judge to Tuesday, November 21, 2006, at 4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2)     At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion.

(3)     The Marshal is directed not to return the defendant to the district.

(4)     The defendant is held to have waived his right to be present.

October 30, 2006.                              BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge